UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TMT MANAGEMENT GROUP, LLC,          CIVIL NO. 14-4692 (MJD/JSM)

    Plaintiff,

v.                                  <u>ORDER</u>

U.S. BANK NATIONAL ASSOCIATION,
WILBUR TATE, III,
JACOB VANBRANDWIJK,
UNITED CREDIT RECOVERY, LLC,
LEONARD POTILLO and
RICHARD HARTNACK,

    Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated June 10, 2015. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the Answer filed by United Credit Recovery [Docket No. 66] is stricken as a corporation cannot appear pro se in a suit in this Court.

Dated:  July 7, 2015

                                                 <u>s/Michael J. Davis</u>
                                                 MICHAEL J. DAVIS
                                                 United States District Judge