UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TMT MANAGEMENT GROUP, LLC,                    Civ. No. 14-4692 (MJD/JSM)

    Plaintiff,                                                    **ORDER**

v.

U.S. BANK NATIONAL ASSOCIATION, et. al.,

    Defendants.

The above-entitled matter came before the Court upon the Report and

Recommendation of United States Magistrate Judge Janie S. Mayeron.  The

Plaintiff objects to the Magistrate Judge's recommendation to grant the motion to

dismiss in its entirety.

Pursuant to statute, the Court has conducted a <u>de</u> <u>novo</u> review upon the

record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the

Court will overrule Plaintiff's objections and will adopt the Report and

Recommendation.

    **IT IS HEREBY ORDERED** that:

1.    Counts One (Civil RICO), Two (Conspiracy to Violate RICO), and Three

(Violation of Section 1 of the Sherman Act) are dismissed with prejudice as to all

defendants.

2.      Counts Four (Violation of Minnesota Statute Chapter 325F), Five (Respondeat Superior), Count Six (Intentional Misrepresentation (Fraud)), Seven (Negligent Misrepresentation), Eight (Breach of Contract) and Nine (Unjust Enrichment) are dismissed without prejudice.

3.      Count Ten (Negligent Supervision) is dismissed with prejudice as to U.S. Bank.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  February 24, 2016                                      s/ Michael J. Davis
                                                               MICHAEL J. DAVIS
                                                               United States District Court